IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-266-D

UNITED STATES OF AMERICA           )
                                   )
            v.                     )          **ORDER**
                                   )
JACQUES MAURICO ANDERSON,          )
                                   )
            Defendant.             )

On February 25, 2020, defendant filed a <u>pro se</u> motion to extend reporting date [D.E. 48].

The court has reviewed the motion. The motion [D.E.48] is DENIED.

SO ORDERED. This _25_ day of February 2020.


JAMES C. DEVER III
United States District Judge