IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-266-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JACQUES MAURICO ANDERSON, ) | |
| ) | |
| Defendant. ) | |

On February 25, 2021, defendant filed a motion to extend reporting date [D.E. 48] and the court denied the motion [D.E. 49]. On March 5, 2021, defendant filed a second motion to extend reporting date [D.E. 49]. The court has reviewed the motion. The motion [D.E.49] is DENIED.

SO ORDERED. This 5 day of March 2021.

JAMES C. DEVER III
United States District Judge