UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:20-CR-266-D-1

UNITED STATES OF AMERICA,　)
　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　)　　　ORDER TO SEAL
　　　　　　　　　　　　　　)　　　(DE 60)
JACQUES MAURICIO ANDERSON)
_____)

Upon the motion of the defendant and for good cause shown, it is hereby

ordered that DE 60 (Medical Records) be sealed until further notice by this

Court.

This __16__ day of __December__, 2021.


　　　　　　　　　　　　　　J. Dever
　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　United States District Judge